

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| MARIO ERNESTO MARTELL, | § | No. 08-18-00180-CR |
| Appellant, | § | Appeal from the |
| v. | § | Criminal District court No. 1 |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 990D03958) |
|  | § |  |

**O R D E R**

The Court GRANTS the Appellant's motion to reschedule the February 11, 2020 submission and oral argument setting. The above styled and numbered cause will be rescheduled at a later date.

IT IS SO ORDERED this 8th day of January, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.